Anthony R. Flores, SBN 130968
The Flores Firm
2642 Gough Street #305
San Francisco, CA 94123
tony@floresfirm.com
415-235-3652

Attorney for Appellant
ANTHONY FLORES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

    INNOCENTI, LLC,

    Debtor.

**Case No. 18-cv-01750-EMC**
Hon. Edward M. Chen

**MOTION FOR ORDER EXTENDING TIME TO FILE OPENING BRIEF**

Case No. 15-30690-HLB
Chapter 7

    For the reasons set forth below, appellant respectfully moves this Court for an order extending the time in which to file his opening brief until August 11, 2018, which constitutes an extension of thirty (30) days. (Declaration of Anthony Flores in Support of Motion For Order Extending Time To File Opening Brief ["Flores Decl."] ¶ 2.)

    This extension is requested because a conflict arising from appellant's representation of a long-time client in a Superior Court trial regarding his residential and commercial lease, and preparation therefor – where I am the only attorney who can efficiently represent him. (Flores Decl. ¶¶ 3, 4, & 5.) Furthermore, all of the underlying and related matters have been dismissed and Trustee's counsel has been fully paid. It is hoped that the Trustee will dismiss the sanction action so that the requested extension will promote judicial economy and the interests of justice by conserving the resources of the Court and the parties. (Flores Decl. ¶¶ 6, 7 & 8.)

- 1 -

1. Pursuant to the briefing schedule in this Court's Order entered on March 21, 2018 (Docket No. 2) and the June 12, 2018 Transmittal of Record on Appeal (Docket No. 4) appellant's opening brief would otherwise be July 12, 2018. No other extensions have previously been requested or granted in this matter.

2. The extension that appellant seeks here will not delay proceedings in this matter because it seeks to overturn a contempt order which has no impact on the underlying and adversary proceedings – all of which have recently been closed. (Flores Decl. ¶ 8.)

3. This motion is not stipulated to, nor is it opposed by, the Trustee. Counsel for the Trustee has not responded to appellant's recent inquiries regarding a stipulation. (Flores Decl. ¶ 9.)

4. For the foregoing reasons, appellants respectfully request that this Court enter an order extending the due date for filing appellant's opening brief to August 11, 2018.

Respectfully submitted.

July 11, 2018

                                       /Signature/_____
                                       Anthony R. Flores
                                       Attorney for Appellant,
                                       ANTHONY FLORES