Anthony R. Flores, SBN 130968
The Flores Firm
2642 Gough Street #305
San Francisco, CA 94123
tony@floresfirm.com
415-235-3652

Attorney for Appellant,
ANTHONY FLORES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    INNOCENTI, LLC,<br><br>    Debtor. | **Case No. 18-cv-01750-EMC**<br>Hon. Edward M. Chen<br><br>**DECLARATION OF ANTHONY FLORES IN SUPPORT OF MOTION FOR ORDER EXTENDING TIME TO FILE OPENING BRIEF**<br><br>Case No. 15-30690-HLB<br>Chapter 7 |

I, Anthony Flores, declare as follows:

    1.  I am an attorney, licensed by the State of California and admitted to practice before this Court. I represent myself in this appeal. I have personal knowledge of the facts stated herein, and if called as a witness, I could and I would competently testify to them, except where stated upon information and belief and as to those facts I believe them to be true.

    2.  I submit this declaration in connection with a request for a thirty (30) day extension of time to file appellant's opening brief in this appeal.

    3.  During the last month or so I have been assisting, *pro bono*, a long-time client, Andrew Linton, to prepare the defense of his residential and commercial lease (<u>1429 Grant Ave, LLC, vs. Andrew Linton, *et al*.</u>, Case No.: CGC-17-557123) for a trial originally set for July 2, 2018. Due to then pending motions contesting Cross-Complaint amendments and a conflict with trial counsel for other parties, we expected the trial would be continued to sometime after September or October 2018.

I therefore expected to be able to represent Mr. Linton in final preparation for, and the trial of, his lease dispute without interfering with my opening brief for this appeal.

4. Recently, however, the San Francisco Superior Court refused to move Mr. Linton's trial date. Then, on the trial date, Department 501 of the San Francisco Superior Court took off-calendar the counsel conflict motion. Also at the July 2, 2018 trial call, the Presiding Judge, on her own motion, severed and bifurcated Mr. Linton's Cross-Complaints and set those portions of the case for a separate trial and a September 5, 2018 Case Management Conference. Unfortunately, the Presiding Judge also re-set the trial of the primary action ahead only two weeks, to July 16, 2018. Attached hereto as **Exhibit 1**, is a true and correct copy of the July 2, 2018 Minute Order from Register of Actions for Case No: CGC-17-557123.

5. As of late last week Mr. Linton has sufficient funds to retain me to defend him at the July 16, 2018 trial and the preparation for the same. I am the only attorney who has existing knowledge of the facts and circumstances surrounding this case to allow Mr. Linton to be efficiently represented in his lease dispute. My ongoing effort in support of Mr. Linton's defense prevents me from timely completing and filing my opening brief. The unexpected late-breaking developments in Mr. Linton's San Francisco Superior Court case are the reasons that this motion is made so near the due date for the opening brief.

6. Furthermore, two years have passed since the original sanctions were ordered and all of the actions, including all Adversary Proceedings, have recently been closed.

7. Although Trustee's counsel has not said that they are expressly willing to dismiss this sanction matter, there have been dismissals with mutual releases in at least 2 separate matters that might be interpreted to include these sanctions. In any case, I expect to discuss this with Trustee's counsel and I am hopeful that the Trustee may be willing move on and dismiss its sanction request.

8. This requested extension of time would extend this appeal. However, because this appeal is from an order of contempt, and because all of the underlying and related actions have been closed, I believe that the requested time extension, if granted, would have no impact on the underlying litigation.

9. On Wednesday, July 11, 2018, I called Trustee's former counsel, Jennifer Hayes, to discuss resolving this matter and to request a stipulation to this request for an extension to file my opening brief. She did not answer, so I left a voicemail message. As of the filing of this Motion, I have not received a response to my voicemail. Thus, I have no stipulation on short notice from the Trustee, but I have no indication that the Trustee opposes the extension, either.

I declare under penalty of perjury that the above statements are true and correct, and with respect to those matters stated on information and belief, believe them to be true and correct. Executed at San Francisco, California, on July 11, 2018.

                                                   /Signature/_____
                                                   Anthony R. Flores