| | |
|---|---|
| 2018-07-02 | MASTER JURY CALENDAR OF JUL-02-2018 ASSIGNED TO JURY TRIAL CALENDAR AS TO THE COMPLAINT ONLY ON JUL-16-2018 AT 9:30 AM IN DEPT. 606, JUDGE ANDREW Y. S. CHENG. THE COURT ASSIGNED THE COMPLAINT ONLY FOR TRIAL, AND ON ITS OWN MOTION, SEVERED AND BIFURCATED THE CROSS-COMPLAINT OF LINTON VS. 1429 GRANT AVE, LLC, ET AL., TO JOIN THE PREVIOUSLY BIFURCATED CROSS-COMPLAINT OF LINTON VS. WB COYLE, ET AL. THE COURT SET A CASE MANAGEMENT CONFERENCE AS TO THE CROSS-COMPLAINTS FOR 09/05/18 AT 10:30AM IN DEPT. 610 FOR STATUS. APPEARANCES AT TRIAL CALL BY JUSTIN GOODMAN, ESQ. FOR PLAINTIFF; DEFENDANT ANDREW LINTON, SELF-REPRESENTED LITIGANT; CROSS-DEFENDANT WB COYLE, SELF-REPRESENTED LITIGANT. JUDGE: TERI L. JACKSON; MATTER NOT REPORTED (206/TLJ) |

# EXHIBIT 1