Anthony R. Flores, SBN 130968
The Flores Firm
2642 Gough Street #305
San Francisco, CA 94123
tony@floresfirm.com
415-235-3652

Attorney for Appellant
ANTHONY FLORES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>INNOCENTI, LLC,<br><br>Debtor. | Case No. 18-cv-01750-EMC<br>Hon. Edward M. Chen<br><br>**[PR~~OP~~OSED] ORDER RE MOTION FOR ORDER EXTENDING TIME TO FILE OPENING BRIEF**<br><br>Case No. 15-30690-HLB<br>Chapter 7 |

GOOD CAUSE APPEARING and pursuant to appellant's motion,

IT IS ORDERED that appellant's deadline to file his opening brief as required by the Court's March 21, 2018 Order (Docket No. 2) and the June 12, 2018 Transmittal of Record on Appeal (Docket No. 4) in the above-captioned appeal, shall be extended up to and including August 11, 2018.

IT IS SO ORDERED.

Dated: 7/17/18 .

[IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California]

- 1 -