UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORES,<br><br>   Plaintiff,<br><br>  v.<br><br>INNOCENTI, LLC,<br><br>   Defendant. | Case No. 18-cv-01750-EMC<br><br>**ORDER DENYING APPELLANT'S APPLICATION FOR REFUND OF FILING FEES**<br><br>Docket No. 13 |

On November 15, 2018, the Court granted Appellant Anthony Flores' motion to vacate orders of the Bankruptcy Court imposing sanctions against him. *See* Docket No. 12. Mr. Flores subsequently filed an application for a refund of the filing fees he paid to appeal the sanctions orders. *See* Docket No. 13. He seeks the refund on the basis that he voluntarily dismissed his initial appeal because it was filed prematurely. *See id.* ¶¶ 4–7. Thus, he had to pay another filing fee when he appealed for a second time upon the conclusion of the bankruptcy proceedings. *See id.* ¶¶ 8–9.

Mr. Flores is not entitled to a refund. "The Judicial Conference of the United States has a long-standing policy that generally prohibits the refunding of fees, subject to the following narrow exceptions: duplicate payments or other erroneous overpayments of fees, special assessments, fines or restitution." N.D. Cal. General Order 68. Accordingly, "[t]he Clerk of Court may refund only duplicate payments in which the payor has inadvertently paid the filing fee more than once in the same case, resulting in two or more identical credit card charges and erroneous payments in which the payor has inadvertently made a fee payment when no fee was due." *Id.* § II.A. Similar rules govern filing fees paid to bankruptcy courts. *See In re Ladd*, No. 09-30917, 2009 WL 2784565, at *1 (Bankr. N.D. Ohio Aug. 26, 2009) ("The Judicial Conference prohibits refunding

the fees due upon filing[,] . . . even if the party filed the case in error, and even if the court dismisses the case or proceeding," unless the fee was "collected without authority."). Mr. Flores paid two filing fees as the result of a premature initial appeal, not an inadvertent duplicate payment. Thus, the Court cannot order the refund of the filing fee. *See In re Petricca*, No. 9:08-BK-16204-FMD, 2016 WL 4401031, at *2 (Bankr. M.D. Fla. Aug. 15, 2016) (holding that "there is no authority for the Court to refund a filing fee upon the voluntary dismissal of an appeal [that was prematurely filed].").

This order disposes of Docket No. 13.

**IT IS SO ORDERED**.

Dated: November 27, 2018

_____
EDWARD M. CHEN
United States District Judge

2